1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   YVONNE REESHA,                          No.  1:20-cv-00698-DAD-SKO

11              Plaintiff,

12        v.                                 ORDER DIRECTING THE CLERK OF
                                             COURT TO CLOSE THE CASE
13   THE CBE GROUP, INC. and
     JEFFERSON CAPITAL SYSTEMS, LLC,         (Doc. 6)
14
                Defendants.
15

16

17        On June 9, 2020, Plaintiff filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P.

18   41(a)(1)(A)(i).  (Doc. 6.)  The body of the notice states that "the plaintiff . . . hereby gives notice

19   that whereas no party is an infant or incompetent the above-captioned action is voluntarily

20   dismissed with prejudice."  (*Id.*)  Plaintiff filed this notice before Defendants served either an

21   answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter

22   with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The Court

23   therefore DIRECTS the Clerk to close this case.

24

25   IT IS SO ORDERED.

26   Dated:   **June 9, 2020**                    /s/ *Sheila K. Oberto*

27                                            UNITED STATES MAGISTRATE JUDGE

28